```
 1  DAVID A. BOONE - State Bar No. 74165
    SUSAN D. SILVEIRA - State Bar No. 169630
 2  THE LAW OFFICES OF DAVID A. BOONE
    1611 The Alameda
 3  San Jose, California 95126
    Telephone (408) 291-6000
 4  Facsimile (408) 291-6016

 5  ATTORNEYS FOR DEBTORS
    Danilo C. Baculi & Zenaida Baculi
 6

 7

 8              UNITED STATES BANKRUPTCY COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10  IN RE:                        )   CASE NO.  03-57427 ASW
                                  )
11  DANILO C. BACULI              )
                                  )   CHAPTER 13
12  ZENAIDA BACULI                )
                                  )
13       Debtors.                 )   ADV. No. 04-5138
                                  )
14  DANILO C. BACULI              )
                                  )
15  ZENAIDA BACULI                )   JURY DEMANDED
                                  )
16       Plaintiffs,              )
                                  )
17  v.                            )
                                  )
18  CALIFORNIA AUTO WORKS, and    )
    and SPECIALTY TOWING, aka     )
19  SPECIALTY AUTO WORKS & TOWING )
    INC.,and RITTER LIEN SALES SOUTH, )
20  INC, and LUIS GOMEZ, aka LUIS CRUZ )
    and LEE ROSAS aka LEANDRO ROSAS )
21  and CALIFORNIA AUTO BODY fdba )
    ROSAS AUTO BODY & TOWING and  )
22  STRIKER AUTO BODY& PAINT      )
    Does Number One through Ten   )
23                                )
         Defendants.              )
24                                )
```

**SECOND AMENDED
COMPLAINT SEEKING TO ENJOIN SALE, FOR VIOLATION OF THE AUTOMATIC
STAY, FOR TURNOVER OF PROPERTY OF THE ESTATE AND FOR
DECLARATORY RELIEF, SANCTIONS, ATTORNEY'S FEES AND OTHER CAUSES
OF ACTION**

**EXHIBIT A**

# CALIFORNIA AUTO WORKS

2666 Middlefield Rd.
Redwood City, CA 94063
415-363-2772

BAR Registration Number

ALL WORK IS DONE BY OUT GARAGE UNLESS CODED "S" FOR SUBLET WORK

Notice to Consumer: Please read important information on back.

PARTS AND LABOR WARRANTED
90 DAYS OR 4,000 MILES
WHICHEVER COMES FIRST

## WRITTEN ESTIMATE/WORK ORDER

SOLD TO: Dan Bacul
ADDRESS: 1511 Dennis Ave
CITY: Milpitas  STATE: CA  ZIP CODE: 95035

DATE:
HOME PHONE:
BUSINESS PHONE:
INVOICE:
ODOMETER:

### DESCRIPTION OF CUSTOMER'S AUTOMOBILE AND ENGINE

| YEAR | MAKE | MODEL | LICENSE NUMBER | ENGINE NUMBER |
|---|---|---|---|---|
| 1995 | Mazda | MPV | 3NTK251 | |

MIN INSPECTION CHARGE | PRE-INSPECTION ESTIMATE

ALL PARTS FURNISHED ARE NEW UNLESS CODED "R" FOR REBUILT OR "U" FOR USED.

### SERVICE AUTHORIZED BY CUSTOMER

| QUANTITY | CODE | DESCRIPTION | PART NUMBER | MATERIAL | SUBLET REPAIRS |
|---|---|---|---|---|---|
| | | | | | |

TOTAL

ADDITIONAL POST-INSPECTION ESTIMATE (PLUS ABOVE ESTIMATES)

IF A PART OR UNIT (CORE) IS NOT AN ACCEPTABLE EXCHANGE, THERE WILL BE AN ADDITIONAL CHARGE OF $_____

NAME: _____ PHONE: _____

PLUS APPLICABLE TAX

| ITEM | DATE | TIME | DESCRIPTION | ADDITIONAL ESTIMATE |
|---|---|---|---|---|

TOTAL LABOR | AMOUNT

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE.

X _____ SIGNATURE OR INITIALS

ADDITIONAL ESTIMATE
PRE-INSPECTION ESTIMATE TOTAL
TOTAL ESTIMATE

SERVICE SUBTOTAL
MERCHANDISE SUBTOTAL
SUBLET TOTAL
TAX

### CUSTOMER AUTHORIZATION

I, the Registered Owner, authorize you to perform the above repairs and furnish all materials and include any necessary sublet work in the above estimate. I understand any cost quoted heretofore, is an estimate only. Your employees may operate vehicle for inspection, testing, delivery at my risk. You will not be responsible for loss, or damage to vehicle or articles left in it. I agree to pay reasonable storage on vehicle left more than 48 hours after notification that repairs are completed. An express mechanic's lien is acknowledged on above vehicle to secure the amount of repairs thereto, including those from any prior work or repair contract on this vehicle. In event an attorney is retained to foreclose this lien or to bring suit for collection of any sums due, I agree to pay costs of collection and reasonable attorney fees.

X _____

- [ ] I HAVE RECEIVED AN ADVANCE COPY OF THIS ESTIMATE
- [ ] I WANT (TO SEE) THE REPLACED PARTS
- [ ] NEITHER WANT TO HAVE NOR SEE THE REPLACED PARTS

I acknowledge that merchandise and service invoiced above were received in good condition. Past due accounts are subject to a service charge of 1½% per month. I further agree, that if I default on payment for above referenced charges, that I am responsible for all reasonable collection and attorney fees.

X _____ CUSTOMER'S SIGNATURE

TOTAL SALE: 500

IMPORTANT
PLEASE KEEP THIS RECEIPT. CLAIMS FOR REFUND, EXCHANGE, OR ADJUSTMENT WILL BE CONSIDERED ONLY UPON ITS PRESENTATION.

Case: 04-05138   Doc# 46-1   Filed: 03/01/05   Entered: 03/01/05 16:10:40   Page 2 of 3

## GENERAL PROVISIONS APPLICABLE TO
## ALL THE WARRANTIES HEREIN

1. The customer must, as a condition to warrantor's obligation to perform as herein explained, return the original invoice.

2. This warranty does not cover any failures due to wrecks, collisions, accidents, negligence and/or extraordinary use or misuse of the vehicle.

3. Should the customer authorize any additional services, not covered in the original invoice, then the customer is obligated to pay for such additional authorized services.

4. The customer must direct any work covered by these limited warranties to the garage that performed the original work.

5. All warranties described herein are not assignable and extend the exclusive benefit of the customer and vehicles identified on the original invoice of any.

6. The customer must arrange for an appointment with the store rendering the original service before any limited warranty service is performed.

7. None of the warranties as described here apply to the sale of the tires, however, the manufacturer's warranty will apply. The warrantor has the option of either repairing, replacing or extending a cash refund to the customer for any of the services and/or parts that may be covered under the limited warranties described herein. Warrantor will commence any warranty work that may be covered herein, with five (5) working days from warrantor's election of remedy and presentation of the original invoice. The limited warranties described herein do not in any way extend to the consequential or incidental damages of any kind, resulting from either a defect in parts, material, performance, failure or use of warrantor's product. There are no other guarantees, warranties or liabilities, expressed or implied, other than those specified and described herein.

8. No representatives or employees have authority to make representations, promises or agreements except those as described within these limited warranties.

9. It is agreed that the parties hereto intend that all questions as to validity, interpretation and required performance arising out of any limited warranty between them are to be governed by the laws of the State of California.

BUYER OF THIS PRODUCT IN CALIFORNIA HAS THE RIGHT TO HAVE THIS PRODUCT SERVICED OR REPAIRED DURING THE WARRANTY PERIOD. THE WARRANTY PERIOD WILL BE EXTENDED FOR THE NUMBER OF WHOLE DAYS THAT THE PRODUCT HAS BEEN OUT OF THE BUYER'S HANDS FOR WARRANTY REPAIRS. IF A DEFECT EXISTS WITHIN THE WARRANTY PERIOD, THE WARRANTY WILL NOT EXPIRE UNTIL THE DEFECT HAS BEEN FIXED. THE WARRANTY PERIOD WILL ALSO BE EXTENDED IF THE WARRANTY REPAIRS HAVE NOT BEEN PERFORMED DUE TO DELAYS CAUSED BY CIRCUMSTANCES BEYOND THE CONTROL OF THE BUYER OR IF THE WARRANTY REPAIRS DID NOT REMEDY THE DEFECT AND FAILURE OF THE REPAIRS WITHIN SIXTY (60) DAYS AFTER THEY WERE COMPETED. IF, AFTER A REASONABLE NUMBER OF ATTEMPTS THE DEFECT HAS NOT BEEN FIXED, THE BUYER MAY RETURN THIS PRODUCT FOR A REPLACEMENT OR A REFUND SUBJECT, IN EITHER CASE, TO DEDUCTION OF A REASONABLE CHARGE FOR USEAGE. THIS TIME EXTENSION DOES NOT EFFECT THE PROTECTIONS OR REMEDIES THE BUYER HAS UNDER OTHER LAWS.

---

**ROSAS AUTO BODY & TOWING**

2666 Middlefield Rd.
Redwood City, CA 94063
415-363-2772

Case: 04-05138   Doc# 46-1   Filed: 03/01/05   Entered: 03/01/05 16:40:40   Page 3 of 3