```
 1  DAVID A. BOONE - State Bar No. 74165
    SUSAN D. SILVEIRA - State Bar No. 169630
 2  THE LAW OFFICES OF DAVID A. BOONE
    1611 The Alameda
 3  San Jose, California 95126
    Telephone (408) 291-6000
 4  Facsimile (408) 291-6016

 5  ATTORNEYS FOR DEBTORS
    Danilo C. Baculi & Zenaida Baculi
 6

 7

 8                  UNITED STATES BANKRUPTCY COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10  IN RE:                        )  CASE NO.  03-57427 ASW
                                  )
11  DANILO C. BACULI              )
                                  )  CHAPTER  13
12  ZENAIDA BACULI                )
                                  )
13        Debtors.                )  ADV. No.  04-5138
                                  )
14  DANILO C. BACULI              )
                                  )
15  ZENAIDA BACULI                )  JURY DEMANDED
                                  )
16        Plaintiffs,             )
                                  )
17  v.                            )
                                  )
18  CALIFORNIA AUTO WORKS, and    )
    and SPECIALTY TOWING, aka     )
19  SPECIALTY AUTO WORKS & TOWING )
    INC.,and RITTER LIEN SALES SOUTH, )
20  INC, and LUIS GOMEZ, aka LUIS CRUZ )
    and LEE ROSAS aka LEANDRO ROSAS )
21  and CALIFORNIA AUTO BODY fdba )
    ROSAS AUTO BODY & TOWING and  )
22  STRIKER AUTO BODY& PAINT      )
    Does Number One through Ten   )
23                                )
          Defendants.             )
24  _____)
```

## SECOND AMENDED
## COMPLAINT SEEKING TO ENJOIN SALE, FOR VIOLATION OF THE AUTOMATIC STAY, FOR TURNOVER OF PROPERTY OF THE ESTATE AND FOR DECLARATORY RELIEF, SANCTIONS, ATTORNEY'S FEES AND OTHER CAUSES OF ACTION

## EXHIBIT B

| | 1 100798817 |
| --- | --- |
| | BACULI DANILO C |
| ADDITIONAL CITY TAX AND/OR VEHICLE RELEASE FEES MAY APPLY | 0 |
| THERE MAY BE RESTRICTIONS ON THE RELEASE OF THIS VEHICLE | |
| | 0 |
| 1  100798817  BACULI DANILO C  1511 DENNIS AVE  MILPITAS, CA 95035 | 0 |

# NOTICE OF PENDING LIEN SALE FOR VEHICLE VALUED $4000 OR LESS
(Civil Code §3072)

LIEN SALE UNIT
P.O. BOX 932317
SACRAMENTO, CA 94232-3170

**TO WHOM IT MAY CONCERN:**
This is to notify you that I intend to sell this vehicle at a lien sale (public sale) because my towing, storage, or repair bill has not been paid. You may wish to take one of the following actions:
1. Pay my bill and reclaim the vehicle before the sale date.
2. Stop the sale and dispute the lien in court. You may stop the sale by completing the Declaration of Opposition below and forward this notice to the DMV in the enclosed envelope within 10 days of the date this notice was mailed.
3. Disregard this notice if you no longer own or want this vehicle so I can proceed with the sale. However, if you are the last owner of record, you may be liable for removal and disposition costs and lien not satisfied by sale of the vehicle.

**VEHICLE DESCRIPTION**

| LICENSE NUMBER | STATE REGISTERED | LICENSE EXPIRATION DATE | VEHICLE IDENTIFICATION NUMBER (VIN) |
| --- | --- | --- | --- |
| 3NTK251 | CA | 04 | JM3LV5221S0712523 |
| MAKE | YEAR | MODEL | BODY TYPE | ENGINE NUMBER (MOTORCYCLES ONLY) |
| MAZD | 95 | | SV | |

**INFORMATION ABOUT MY LIEN**

| DATE VEHICLE CAME INTO MY POSSESSION/STORAGE | DATE OWNER BILLED FOR SERVICES | DATE WORK OR SERVICES COMPLETED | MY TOWING AND STORAGE WAS AUTHORIZED BY A PUBLIC AGENCY |
| --- | --- | --- | --- |
| 01/17/04 | | | [X] YES  [ ] NO |

The amount and basis for my lien and outstanding parking violations bail is:

| STORAGE TO DATE | AT THE RATE OF | TOWING | REPAIRS | PARKING VIOLATIONS (CVC 22851.1) | COST TO CONDUCT SALE |
| --- | --- | --- | --- | --- | --- |
| $ 2700.00 | $ 45.00 PER DAY | $ 165.00 | $ 0.00 | $ | $ 70.00 |

The vehicle will be available for inspection at least one hour prior to the sale.

**INFORMATION ABOUT THE SALE**

| DATE NOTICE OF SALE MAILED | DATE OF SALE | HOUR OF SALE |
| --- | --- | --- |
| 03/19/04 | 04/19/04 | 10:00 AM [x] am [ ] pm |

| LOCATION OF SALE (STREET ADDRESS) | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 830 KAYNYNE STREET | REDWOOD CITY | CA | |

**CERTIFICATION**

I hereby certify under penalty of perjury under the laws of the State of California that the information entered by me on this document is true and correct and I have no information or belief that there is a valid defense to the claim which gives rise to the lien.

| DATE | SIGNATURE OF LIENHOLDER OR AGENT ACTING FOR LIENHOLDER |
| --- | --- |
| 03/19/04 | X /s/ |

| BUSINESS NAME | TELEPHONE NUMBER | BUREAU OF AUTOMOTIVE REPAIR NO. |
| --- | --- | --- |
| SPECIALTY TOWING | (650)365-1610 | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 830 KAYNYNE STREET | REDWOOD CITY, CA | | 94063 |
| AGENT ACTING FOR LIENHOLDER (NAME) | TELEPHONE NUMBER | REGISTRATION SERVICE NUMBER |
| RITTER LIEN SALES SOUTH, INC. | (619) 583-6974 | 02501 |
| ADDRESS | CITY | STATE | ZIP CODE |
| 6374 EL CAJON BLVD. | SAN DIEGO, CA | | 92115 |

**DECLARATION OF OPPOSITION**

(must be sent to DMV within 10 days of date notice of sale mailed)

**TO: DEPARTMENT OF MOTOR VEHICLES**
Please stop the lien sale of this vehicle because I wish to contest the claim of the lienholder. I understand the lienholder may file an action in court and if judgment is given in his/her favor, I may be liable for the court costs. The address at which I may be served or notified in person of any court action is:

| PRINT TRUE FULL NAME | TELEPHONE NUMBER |
| --- | --- |
| | |
| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |
| MAILING ADDRESS IF DIFFERENT FROM ABOVE |
| |

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE INFORMATION ENTERED BY ME ON THE DECLARATION IS TRUE AND CORRECT.

| DATE | SIGNATURE |
| --- | --- |
| | |

**ATTENTION:** This Declaration of Opposition will not be valid unless you have signed, provided your true full name, and a valid address. If the lienholder is unable to serve you with a court action, he/she will be allowed to continue with the lien sale (Civil Code 3072).

REG 668 (REV. 1/99)