```
 1  DAVID A. BOONE - State Bar No. 74165
    SUSAN D. SILVEIRA - State Bar No. 169630
 2  THE LAW OFFICES OF DAVID A. BOONE
    1611 The Alameda
 3  San Jose, California 95126
    Telephone (408) 291-6000
 4  Facsimile (408) 291-6016

 5  ATTORNEYS FOR DEBTORS
    Danilo C. Baculi & Zenaida Baculi
 6

 7

 8              UNITED STATES BANKRUPTCY COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10  IN RE:                    )   CASE NO. 03-57427 ASW
                              )
11  DANILO C. BACULI          )
                              )   CHAPTER 13
12  ZENAIDA BACULI            )
                              )
13        Debtors.            )   ADV. No. 04-5138
                              )
14  DANILO C. BACULI          )
                              )
15  ZENAIDA BACULI            )   JURY DEMANDED
                              )
16        Plaintiffs,         )
                              )
17  v.                        )
                              )
18  CALIFORNIA AUTO WORKS, and)
    and SPECIALTY TOWING, aka )
19  SPECIALTY AUTO WORKS & TOWING )
    INC.,and RITTER LIEN SALES SOUTH, )
20  INC, and LUIS GOMEZ, aka LUIS CRUZ )
    and LEE ROSAS aka LEANDRO ROSAS )
21  and CALIFORNIA AUTO BODY fdba )
    ROSAS AUTO BODY & TOWING and )
22  STRIKER AUTO BODY& PAINT  )
    Does Number One through Ten )
23                            )
         Defendants.           )
24  _____  )

25            SECOND AMENDED
    COMPLAINT SEEKING TO ENJOIN SALE, FOR VIOLATION OF THE AUTOMATIC
26   STAY, FOR TURNOVER OF PROPERTY OF THE ESTATE AND FOR
    DECLARATORY RELIEF, SANCTIONS, ATTORNEY'S FEES AND OTHER CAUSES
27                            OF ACTION

28                          EXHIBIT C
```

TRANSMISSION VERIFICATION REPORT

```
TIME    : 04/20/2004 02:57
NAME    : BOONE LAW OFFICES
FAX     : 408-291-6016
TEL     : 408-291-6000
SER.#   : BROJ2J695375
```

```
DATE,TIME         04/20  02:55
FAX NO./NAME      1010811165036523336
DURATION          00:01:54
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```

# LAW OFFICES OF DAVID A. BOONE, INC.
### a professional corporation

1611 The Alameda
San Jose, California 95126
Telephone Number (408) 291-6000
Facsimile Number (408) 291-6016

## FACSIMILE COVER SHEET

Please deliver the following __2__ page(s) (including this cover letter) to:

Name: **Lee Rosas**

Company: Specialty Towing

Re: **Danilo & Zenaida Baculi**
**Bk. No. 03-57427 ASW**
**Adv. No. 04-5138**

Telefax No.: 650-365-2336

Date: April 20, 2004

From:

## LAW OFFICES OF DAVID A. BOONE

Message:

EXHIBIT "C" PAGE 1 OF 2

Case: 04-05138   Doc# 46-3   Filed: 03/01/05   Entered: 03/01/05 16:10:40   Page 2 of 3

# Law Offices of
# David A. Boone, Inc.
*a professional corporation*

David A. Boone  
Leela V. Menon  
Susan Silveira

1611 The Alameda  
San Jose California 95126

Telephone (408) 291-6000  
Facsimile (408) 291-6016

April 20, 2004

Lee Rosas  
Specialty Towing  
830 Kaynyne Street  
Redwood City, CA 94063-3016

BY FACSIMILE TRANSMISSION  
650-365-2336

RE: **Danilo & Zenaida Baculi**  
**Bankruptcy Case No. 03-57427asw**  
**Adversary Proceeding No. 04-5138**

Dear Mr. Rosas:

Our client informs us that he came to your business today and showed proof of insurance for his vehicle and that you refused to give him his vehicle.

On Friday afternoon you spoke with the Honorable Arthur S. Weissbrodt and he made an oral ruling from the bench that you were to return Mr. Baculi's vehicle to him upon proof of insurance. Your willful refusal to obey the court's ruling and to comply with the bankruptcy code will result in severe sanctions.

You must notify this office in writing within the next 24 hours of your willingness to comply with the court's ruling or we will take further legal action to ensure the immediate return of Mr. Baculi's vehicle.

Very truly yours,

*[signature]*

LAW OFFICES OF DAVID A. BOONE  
cc: Danilo & Zenaida Baculi  
V:\10275\ltrtospecialtytowing.wpd

EXHIBIT "C" PAGE 2 OF 2