| | |
|---|---|
| 1 | DAVID A. BOONE - State Bar No. 74165 |
| | SUSAN D. SILVEIRA - State Bar No. 169630 |
| 2 | THE LAW OFFICES OF DAVID A. BOONE |
| | 1611 The Alameda |
| 3 | San Jose, California 95126 |
| | Telephone (408) 291-6000 |
| 4 | Facsimile (408) 291-6016 |
| 5 | ATTORNEYS FOR DEBTORS |
| | Danilo C. Baculi & Zenaida Baculi |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 03-57427 ASW |
| DANILO C. BACULI | ) | |
| ZENAIDA BACULI | ) | CHAPTER 13 |
| Debtors. | ) | ADV. No. 04-5138 |
| DANILO C. BACULI | ) | |
| ZENAIDA BACULI | ) | JURY DEMANDED |
| Plaintiffs, | ) | |
| v. | ) | |
| CALIFORNIA AUTO WORKS, and and SPECIALTY TOWING, aka SPECIALTY AUTO WORKS & TOWING INC., and RITTER LIEN SALES SOUTH, INC, and LUIS GOMEZ, aka LUIS CRUZ and LEE ROSAS aka LEANDRO ROSAS and CALIFORNIA AUTO BODY fdba ROSAS AUTO BODY & TOWING and STRIKER AUTO BODY& PAINT Does Number One through Ten | ) | |
| Defendants. | ) | |

**SECOND AMENDED
COMPLAINT SEEKING TO ENJOIN SALE, FOR VIOLATION OF THE AUTOMATIC
STAY, FOR TURNOVER OF PROPERTY OF THE ESTATE AND FOR
DECLARATORY RELIEF, SANCTIONS, ATTORNEY'S FEES AND OTHER CAUSES
OF ACTION**

EXHIBIT D

```
TRANSMISSION VERIFICATION REPORT

                                    TIME    : 05/09/2004 23:54
                                    NAME    : BOONE LAW OFFICES
                                    FAX     : 408-291-6016
                                    TEL     : 408-291-6000
                                    SER.#   : BROJ2J695375


DATE,TIME               05/09  23:51
FAX NO./NAME            101081116503652336
DURATION                00:02:16
PAGE(S)                 05
RESULT                  OK
MODE                    STANDARD
                        ECM
```

# LAW OFFICES OF DAVID A. BOONE, INC.
## a professional corporation

1611 The Alameda
San Jose, California 95126
Telephone Number (408) 291-6000
Facsimile Number (408) 291-6016

**FACSIMILE COVER SHEET**

Please deliver the following __5__ page(s) (including this cover letter) to:

**Name:** Lee Rosas

**Company:** Specialty Towing

**Re:** Danilo & Zenaida Baculi
Bk. No. 03-57427 ASW
Adv. No. 04-5138

**Telefax No.:** 650-365-2336

**Date:** May 10, 2004

**From:** LAW OFFICES OF DAVID A. BOONE

**Message:**

EXHIBIT "D" PAGE 1 OF 2

# Law Offices of
## David A. Boone, Inc.
*a professional corporation*

David A. Boone
Leela V. Menon
Susan Silveira

1611 The Alameda
San Jose California 95126

Telephone (408) 291-6000
Facsimile (408) 291-6016

May 10, 2004

Lee Rosas
Specialty Towing
830 Kaynyne Street
Redwood City, CA 94063-3016

BY FACSIMILE TRANSMISSION
650-365-2336

RE: <u>Danilo & Zenaida Baculi</u>
<u>Bankruptcy Case No. 03-57427asw</u>
<u>Adversary Proceeding No. 04-5138</u>

Dear Mr. Rosas:

Attached please find a copy of the court order requiring you to turn over the Baculi's vehicle immediately. Also attached is a copy of their one year insurance policy for said vehicle. **YOU MUST COMPLY WITH THIS ORDER**.

A separate hearing is being set for costs, fees and punitive damages.

Very truly yours,

*Susan Silva*

LAW OFFICES OF DAVID A. BOONE
cc: Danilo & Zenaida Baculi
V:\10275\ltrtospecialtytowing.2.wpd

EXHIBIT "D" PAGE 2 OF 2