```
 1  DAVID A. BOONE - State Bar No. 74165
    SUSAN D. SILVEIRA - State Bar No. 169630
 2  THE LAW OFFICES OF DAVID A. BOONE
    1611 The Alameda
 3  San Jose, California 95126
    Telephone (408) 291-6000
 4  Facsimile (408) 291-6016

 5  ATTORNEYS FOR DEBTORS
    Danilo C. Baculi & Zenaida Baculi
 6

 7
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. 03-57427 ASW |
| DANILO C. BACULI | CHAPTER 13 |
| ZENAIDA BACULI | |
| Debtors. | ADV. No. 04-5138 |
| DANILO C. BACULI | |
| ZENAIDA BACULI | JURY DEMANDED |
| Plaintiffs, | |
| v. | |
| CALIFORNIA AUTO WORKS, and and SPECIALTY TOWING, aka SPECIALTY AUTO WORKS & TOWING INC.,and RITTER LIEN SALES SOUTH, INC, and LUIS GOMEZ, aka LUIS CRUZ and LEE ROSAS aka LEANDRO ROSAS and CALIFORNIA AUTO BODY fdba ROSAS AUTO BODY & TOWING and STRIKER AUTO BODY& PAINT Does Number One through Ten | |
| Defendants. | |

## SECOND AMENDED
## COMPLAINT SEEKING TO ENJOIN SALE, FOR VIOLATION OF THE AUTOMATIC STAY, FOR TURNOVER OF PROPERTY OF THE ESTATE AND FOR DECLARATORY RELIEF, SANCTIONS, ATTORNEY'S FEES AND OTHER CAUSES OF ACTION

### EXHIBIT E

830 Kaynyne St.
Redwood City, CA 94063
PH. #650-365-1610
FAX # 650-365-2336


**STRIKER AUTO BODY & PAINT**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Law Offices of David A. Boone, Inc. | **From:** | Gabby M. Hernandez |
| **Fax:** | (408) 291-6016 | **Pages:** | 2 including cover sheet |
| **Phone:** | | **Date:** | MAY 10, 2004 |
| **Re:** | Danilo & Zenaida Baculi | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

EXHIBIT "E" PAGE 1 OF 2



## Striker Auto Body & Paint

May 10, 2004

Law Offices of David A. Boone, Inc.
1611 The Alameda
San Jose, CA 95126

Re: Danilo & Zanaida Baculi
Bk. No. 03-57427 ASW
Adv. No. 04-5138

To whom it may concern,

This is a letter to inform you that the 1995 Mazda MPV, for Danilo & Zanaida Baculi can be picked up at our shop at any time. Please give us a call to arrange a pick up date and time for this vehicle. Also, please be aware that we have no keys available for this vehicle so you must have a tow truck ready to tow this vehicle to its designated location. If you have any questions please give us a call.

Sincerely,

*Gabby Hernandez*

Gabby Hernandez
Administrative Assistant

830 Kaynyne Street • Redwood City, CA 94063 • Phone (650) 369-7796