```
 1  DAVID A. BOONE - State Bar No. 74165
    SUSAN D. SILVEIRA - State Bar No. 169630
 2  THE LAW OFFICES OF DAVID A. BOONE
    1611 The Alameda
 3  San Jose, California 95126
    Telephone (408) 291-6000
 4  Facsimile (408) 291-6016

 5  ATTORNEYS FOR DEBTORS
    Danilo C. Baculi & Zenaida Baculi
 6

 7
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO. 03-57427 ASW |
| DANILO C. BACULI | |
| | CHAPTER 13 |
| ZENAIDA BACULI | |
| Debtors. | ADV. No. 04-5138 |
| DANILO C. BACULI | |
| ZENAIDA BACULI | JURY DEMANDED |
| Plaintiffs, | |
| v. | |
| CALIFORNIA AUTO WORKS, and and SPECIALTY TOWING, aka SPECIALTY AUTO WORKS & TOWING INC., and RITTER LIEN SALES SOUTH, INC, and LUIS GOMEZ, aka LUIS CRUZ and LEE ROSAS aka LEANDRO ROSAS and CALIFORNIA AUTO BODY fdba ROSAS AUTO BODY & TOWING and STRIKER AUTO BODY& PAINT Does Number One through Ten | |
| Defendants. | |

## SECOND AMENDED
## COMPLAINT SEEKING TO ENJOIN SALE, FOR VIOLATION OF THE AUTOMATIC STAY, FOR TURNOVER OF PROPERTY OF THE ESTATE AND FOR DECLARATORY RELIEF, SANCTIONS, ATTORNEY'S FEES AND OTHER CAUSES OF ACTION

**EXHIBIT F**



## SPECIALTY TOWING
830 Kaynyne St
REDWOOD CITY, CA 94063
(650) 365-1610

# ROAD SERVICE

| TIME OF CALL | DATE IN | DATE OUT | TIME START | TIME FINISH | REQUESTED BY | P.O./CASE # | OFFICER NAME |
|---|---|---|---|---|---|---|---|
| A.M. P.M. | 5-14 | | A.M. P.M. | A.M. P.M. | | | |

**NAME:** ZENAIDA BACULI  **PHONE #:** (408) 942-1253
**ADDRESS:** 1511 Dennis Avenue
**CITY:** MILPITAS  **STATE:** CA  **ZIP:** 95035
**YEAR:** 95  **MAKE/MODEL:** MAZDA MPV  **COLOR:** Maroon
**MARKER PLATE #:** 3NTK241
**LOCATION OF VEHICLE:** Specialty Yard — Redwood City
**TOWED TO:** 1511 Dennis Ave. Milpitas

### REASON FOR TOW
- [ ] ACCIDENT
- [ ] BREAK DOWN
- [ ] ABANDONED
- [ ] UNREGISTERED
- [ ] NO START
- [ ] OUT OF GAS
- [ ] FLAT TIRE
- [ ] FIRE LANE
- [ ] LOCK OUT
- [ ] NO TRESPASS
- [ ] TOW ZONE
- [ ] ARREST
- [ ] STOLEN
- [ ] IMPOUNDED
- [ ] SNOW REMOVAL

### TYPE OF TOW
- [ ] SLING/HOIST
- [ ] FLAT BED/RAMP
- [x] WHEEL LIFT

### TOWED PER ORDER OF
- [ ] STATE POLICE
- [x] LOCAL POLICE
- [ ] OWNER OF A CAR
- [ ] DEALER

### SPECIAL EQUIPMENT USED
- [ ] WINCH
- [ ] FLARES
- [ ] DOLLIES
- [ ] SCOTCH BLOCKS
- [ ] RAMPS
- [ ] SNATCH BLOCKS

### OTHER SERVICES
- [ ] SWEEP
- [ ] FIRST AID
- [ ] REMOVE AXLE
- [ ] SECURE LOOSE PARTS

### METHOD OF PAYMENT
- [x] CASH
- [ ] CHECK
- [ ] MasterCard
- [ ] VISA

**KEYS LEFT:** Y / (N)
**RADIO:** Y / N

**TOWING CHARGE:** 200.00
**TOTAL:** 200.00

**AUTHORIZED SIGNATURE:** Zenaida Baculi  **DATE:** 5-14-04
**DRIVER SIGNATURE:** Eric  **DATE:** 5-14-04  **DRIVER #:** Eric  **TRUCK #:** 1

1917

©1998 AW Direct, Inc.  THANK YOU!  PRODUCT 8760

EXHIBIT "__" PAGE 1 OF 1

Case: 04-05138   Doc# 46-6   Filed: 03/01/05   Entered: 03/01/05 16:10:40   Page 2 of 2