| | |
|---|---|
| 1<br>2<br>3<br>4 | DAVID A. BOONE - State Bar No. 74165<br>SUSAN D. SILVEIRA - State Bar No. 169630<br>THE LAW OFFICES OF DAVID A. BOONE<br>1611 The Alameda<br>San Jose, California 95126<br>Telephone (408) 291-6000<br>Facsimile (408) 291-6016 |
| 5<br>6 | ATTORNEYS FOR DEBTORS<br>Danilo C. Baculi & Zenaida Baculi |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 03-57427 ASW |
| DANILO C. BACULI | ) | |
| ZENAIDA BACULI | ) | CHAPTER 13 |
| Debtors. | ) | ADV. No. 04-5138 |
| DANILO C. BACULI | ) | |
| ZENAIDA BACULI | ) | JURY DEMANDED |
| Plaintiffs, | ) | |
| v. | ) | |
| CALIFORNIA AUTO WORKS, and<br>and SPECIALTY TOWING, aka<br>SPECIALTY AUTO WORKS & TOWING<br>INC.,and RITTER LIEN SALES SOUTH,<br>INC, and LUIS GOMEZ, aka LUIS CRUZ<br>and LEE ROSAS aka LEANDRO ROSAS<br>and CALIFORNIA AUTO BODY fdba<br>ROSAS AUTO BODY & TOWING and<br>STRIKER AUTO BODY& PAINT<br>Does Number One through Ten | ) | |
| Defendants. | ) | |

**SECOND AMENDED
COMPLAINT SEEKING TO ENJOIN SALE, FOR VIOLATION OF THE AUTOMATIC
STAY, FOR TURNOVER OF PROPERTY OF THE ESTATE AND FOR
DECLARATORY RELIEF, SANCTIONS, ATTORNEY'S FEES AND OTHER CAUSES
OF ACTION**

**EXHIBIT G**



# SERVICE ORDER

0018940

| DEALER | CUSTOMER'S NAME & ADDRESS | DATE & TIME |
|---|---|---|
| DONNER PARK 76<br>P.O. BOX 34054<br>TRUCKEE, CA 96160<br>530-587-3225 B.A.R. AK082718<br>B.A.R. NUMBER AK082718<br>E.P.A. NUMBER CAL000192006 | DAN BACULI<br>1511 DENNIS AVE<br>MILPITAS CA, 95035<br>(408) 432-1980 | 03/10/04 13:46<br>WRITTEN BY<br>PROMISED 03/10 |

| VEHICLE LICENSE NO. | ODOMETER | VEHICLE DESCRIPTION | VEHICLE IDENTIFICATION NO. |
|---|---|---|---|
| 2SXZ298 | 120,007 | 92 ACU INTEGRA | |

☐ DELIVER  ☐ WILL CALL  ☐ PHONE WHEN READY

PAYMENT METHOD: ☐ UNION  ☐ OTHER

WE APPRECIATE YOUR BUSINESS

## SERVICE REPAIR INSTRUCTIONS / SYMPTOMS
DIED WHILE DRIVING CHECK AND ADVISE.

PREPARED BY 1357
CERTIFIED BY ERIC

ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.

| TECH | QTY | PART NO. | REPAIR / SERVICE DESCRIPTION | PARTS | LABOR |
|---|---|---|---|---|---|
| 1357 | 1 | | DIAGNOSE & ADVISE<br>DIAGNOSE PROBLEM DESCRIBED BY CUSTOMER.<br>ADVISED CUSTOMER OF THE DIAGNOSTICS. | .00 | 95.0 |
| 1357 | 1 | 31-17418 | DISTRIBUTOR | 383.00 | 85.0 |
| 1357 | 1 | JH195 | DIST CAP | 28.53 | .0 |
| 1357 | 1 | JR134 | DIST ROTOR<br>FOUND POWER TO THE DIST BUT NO OUTPUT<br>REPLACED DIST AND RE-CHECKED. VEHICLE<br>RUNS AND TEST DROVE FINE. NO OTHER<br>PROBLEMS EVIDENT AT THIS TIME. | 12.92 | .0 |

## SAFETY AND MAINTENANCE RECOMMENDATIONS
R/F center cap is missing.

| TOTALS | |
|---|---|
| LABOR | 180.0 |
| PARTS | 424.45 |
| SALES TAX | 31.3 |
| GASOLINE | |
| SUB-LET | ( .00 |
| DEPOSIT | .00 |
| **TOTAL** | **635.75** |

per phone Eric

```
CAPITOL VALERO AUTO CARE
   1898 N CAPITOL AVENUE
     SAN JOSE CA  95132
        408-262-6159
           Sale
ID: 75539687
04/16/04            Ref #:   0008
Batch #: 217              17:21:54

VISA
************4320
ppr Code: 062504
                 Inv#: 000008
                        $ 283.25

     Customer Copy
      THANK YOU!!
```

# AUTO REPAIR ORDER

| | |
|---|---|
| NAME | EMIL BACULI |
| ADDRESS | 1340 HAVENWOOD DR. |
| CITY, STATE | S.J. CA 95132  258-9935 |

## CUSTOMER'S INFORMATION

| DATE | CUSTOMER'S ORDER NO. | WHEN PROMISED | PHONE |
|---|---|---|---|
| 4/16-04 | | | |

| YEAR • MAKE • MODEL | SERIAL NO. |
|---|---|
| 90 ACURA INTEGRA | MOTOR NO. |

| LICENSE NO. | ODOMETER | WRITTEN BY |
|---|---|---|
| 2SX2294 | 121,779 | (sig) |

☐ LUBE   ☐ OIL CHANGE   ☐ FLUSH TRANS.   ☐ FLUSH DIFF.   ☐ WASH   ☐ POLISH

REPLACE CAT - MUFFLER SHOP     275.00
SEND TO ~~PLASTIC~~ SHOP

RETEST SMOG                     8.25
DIAGNOSTIC 1 HOUR
THREE MONTH WARRANTY

**GAS, OIL & GREASE** | **ACCESSORIES** | LABOR ONLY
GALS. GAS | | PARTS
QTS. OIL | | ACCESSORIES
LBS. GREASE | | GAS, OIL, & GREASE
TOTAL GAS OIL & GREASE | | MISC. MERCHANDISE
 | | SUBLET REPAIRS
☐ RETAIN PARTS | |
☐ DESTROY PARTS | TOTAL ACCESSORIES | TAX
AUTHORIZED BY (sig) | | TOTAL  283.25

EXHIBIT G  PAGE 2 OF 2