|   |   |   |
|---|---|---|
| 1 | DAVID A. BOONE - State Bar No. 74165 | |
| 2 | SUSAN D. SILVEIRA - State Bar No. 169630<br>THE LAW OFFICES OF DAVID A. BOONE | |
| 3 | 1611 The Alameda<br>San Jose, California 95126 | |
| 4 | Telephone (408) 291-6000<br>Facsimile (408) 291-6016 | |
| 5 | ATTORNEYS FOR DEBTORS | |
| 6 | Danilo C. Baculi & Zenaida Baculi | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 03-57427 ASW |
| DANILO C. BACULI | ) | |
| | ) | CHAPTER 13 |
| ZENAIDA BACULI | ) | |
| Debtors. | ) | ADV. No. 04-5138 |
| DANILO C. BACULI | ) | |
| ZENAIDA BACULI | ) | JURY DEMANDED |
| Plaintiffs, | ) | |
| v. | ) | |
| CALIFORNIA AUTO WORKS, and<br>and SPECIALTY TOWING, aka<br>SPECIALTY AUTO WORKS & TOWING<br>INC., and RITTER LIEN SALES SOUTH,<br>INC, and LUIS GOMEZ, aka LUIS CRUZ<br>and LEE ROSAS aka LEANDRO ROSAS<br>and CALIFORNIA AUTO BODY fdba<br>ROSAS AUTO BODY & TOWING and<br>STRIKER AUTO BODY & PAINT<br>Does Number One through Ten | ) | |
| Defendants. | ) | |

**SECOND AMENDED**
**COMPLAINT SEEKING TO ENJOIN SALE, FOR VIOLATION OF THE AUTOMATIC STAY, FOR TURNOVER OF PROPERTY OF THE ESTATE AND FOR DECLARATORY RELIEF, SANCTIONS, ATTORNEY'S FEES AND OTHER CAUSES OF ACTION**

**EXHIBIT H**

Date: 06/08/2004 03:36 PM
Estimate ID: 6875
Estimate Version: 0
Preliminary
Profile ID: Laguna Auto Body

# Laguna Auto Body, Inc.

1351 Minnis Circle Milpitas, CA 95035
(408) 942-0513
Fax: (408) 942-9995
Tax ID: 77-0435160

"YOUR FULL SATISFACTION IS OUR ULTIMATE GOAL"

Damage Assessed By: Tomas Mendoza

Deductible: UNKNOWN

Owner: DANILO BACULI

Mitchell Service: 913163

Description: 1995 Mazda MPV LX
Body Style: VanPass 110" WB
VIN: JM3LV5221S0712523

Drive Train: 3.0L Inj 6 Cyl 2WD
License: 3NTK251 CA

*** Special Parts Notice: All crash parts on this estimate are new-OEM (Original Equipment Manufacturer) unless otherwise specified. Parts described as Rechromed, Recored or Remanufactured are either Reconditioned or Rebuilt. Parts that are described as Quality Replacement Part, and QRP CAPA, are non-OEM crash parts. ***

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|---|
| 1 | 301160 | BDY | REMOVE/REPLACE | CTR GRILLE | | LBY1-50-710 | 273.30 | 0.4 # |
| 2 | AUTO | REF | REFINISH | GRILLE | | | | 1.0 |
| 3 | 300199 | BDY | REMOVE/REPLACE | R LWR OTR GRILLE | | LB02-50-7G0A | 109.80 | INC |
| 4 | 300200 | BDY | REMOVE/REPLACE | L LWR OTR GRILLE | | LB02-50-7H0A | 109.80 | INC |
| 5 | 300350 | BDY | REMOVE/REPLACE | GRILLE EMBLEM | | LB02-51-731 | 58.10 | INC # |
| 6 | 300203 | BDY | REMOVE/REPLACE | R H/LAMP ASSEMBLY | | 8BL1-51-030A | 236.00 | 0.3 # |
| 7 | AUTO | BDY | CHECK/ADJUST | HEADLAMPS | | | | 0.4 |
| 8 | 300204 | BDY | REMOVE/REPLACE | L H/LAMP ASSEMBLY | | 8BL1-51-040A | 236.00 | 0.3 # |
| 9 | 302080 | BDY | REMOVE/REPLACE | R PARK/SIGNAL LAMP ASSEMBLY | | 8BL1-51-060 | 138.30 | 0.3 # |
| 10 | 302090 | BDY | REMOVE/REPLACE | L PARK/SIGNAL LAMP ASSEMBLY | | 8BL1-51-070 | 138.30 | 0.3 # |
| 11 | 335421 | MCH | REMOVE/REPLACE | AIR BAG MODULE-DRIVER FRONT | -M | LB22-57-K00-71 | 670.45 | 0.3 |
| 12 | 308790 | BDY | REMOVE/REPLACE | WHEEL CAP | | LB41-37-170 | 94.75 | |
| 13 | 308790 | BDY | REMOVE/REPLACE | WHEEL CAP | | LB41-37-170 | 94.75 | |
| 14 | 308790 | BDY | REMOVE/REPLACE | WHEEL CAP | | LB41-37-170 | 94.75 | |
| 15 | 308790 | BDY | REMOVE/REPLACE | WHEEL CAP | | LB41-37-170 | 94.75 | |
| 16 | 316460 | BDY | REMOVE/REPLACE | BATTERY | | 0000-80-124F-WB | 86.95 | 0.2 |
| 17 | 318550 | BDY | REMOVE/REPLACE | INST PANEL CLUSTER PANEL | | LA01-55-610-71 | 125.95 | |
| 18 | 318600 | BDY | REMOVE/REPLACE | INST PANEL CLUSTER HSG | | LA01-55-620-71 | 125.95 | 0.5 |
| 19 | 319030 | BDY | REMOVE/REPLACE | R LWR INST PANEL | | ORDER FROM DEALER | 191.45 | 1.1 |
| 20 | 319220 | BDY | REMOVE/REPLACE | INST PANEL COVER | | ORDER FROM DEALER | 22.75 | 0.4 |
| 21 | 322190 | BDY | REMOVE/REPLACE | R FRT DOOR TRIM PANEL ASSY | | ORDER FROM DEALER | 562.55 | 0.4 |
| 22 | 322920 | BDY | REMOVE/REPLACE | R FRT DOOR LOCK KNOB | | LA01-58-390-71 | 17.75 | |

ESTIMATE RECALL NUMBER: 06/08/2004 15:36:01 6875

Mitchell Data Version: JUN_04_A
UltraMate Version: 5.0.023

UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 2003 Mitchell International
All Rights Reserved

Page 1 of 3

EXHIBIT "H" PAGE 1 OF 3

Case: 04-05138    Doc# 46-8    Filed: 03/01/05    Entered: 03/01/05 16:10:40    Page 2 of 4

|    |        |     |                |                              | Date: | 06/08/2004 03:36 PM |
|----|--------|-----|----------------|------------------------------|-------|---------------------|
|    |        |     |                |                              | Estimate ID: | 6875 |
|    |        |     |                |                              | Estimate Version: | 0 |
|    |        |     |                |                              | Preliminary | |
|    |        |     |                |                              | Profile ID: | Laguna Auto Body |
| 23 | 322930 | BDY | REMOVE/REPLACE | L FRT DOOR LOCK KNOB         | LA01-59-390-71 | 17.75 |
| 24 | 300306 | BDY | REMOVE/REPLACE | R FRT DOOR REGULATOR HANDLE  | S084-58-580A-34 | 11.20 |
| 25 | AUTO   |     | ADD'L COST     | PAINT/MATERIALS              |       | 26.00 * |

\* - Judgement Item
\# - Labor Note Applies

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals |
|---|---|---|---|---|---|
| Body | 4.6 | 65.00 | 0.00 | 0.00 | 299.00 |
| Refinish | 1.0 | 65.00 | 0.00 | 0.00 | 65.00 |
| Mechanical | 0.3 | 65.00 | 0.00 | 0.00 | 19.50 |
| Non-Taxable Labor | | | | | 383.50 |
| Labor Summary | 5.9 | | | | 383.50 |

| II. Part Replacement Summary | | | Amount |
|---|---|---|---|
| Taxable Parts | | | 3,511.35 |
| Sales Tax | @ | 8.250% | 289.69 |
| Total Replacement Parts Amount | | | 3,801.04 |

| III. Additional Costs | | | Amount |
|---|---|---|---|
| Taxable Costs | | | 26.00 |
| Sales Tax | @ | 8.250% | 2.15 |
| Total Additional Costs | | | 28.15 |

| IV. Adjustments | Amount |
|---|---|
| Customer Responsibility | 0.00 |

|  |  | Amount |
|---|---|---|
| I. | Total Labor: | 383.50 |
| II. | Total Replacement Parts: | 3,801.04 |
| III. | Total Additional Costs: | 28.15 |
|  | Gross Total: | 4,212.69 |
| IV. | Total Adjustments: | 0.00 |
|  | Net Total: | 4,212.69 |

**This is a preliminary estimate.**
**Additional changes to the estimate may be required for the actual repair.**

ESTIMATE RECALL NUMBER: 06/08/2004 15:36:01 6875

Mitchell Data Version:         JUN_04_A
UltraMate Version:             5.0.023

UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 2003 Mitchell International
All Rights Reserved

Page 2 of 3

EXHIBIT " H " PAGE 2 OF 3

Case: 04-05138   Doc# 46-8   Filed: 03/01/05   Entered: 03/01/05 16:10:40   Page 3 of 4

Date: 06/08/2004 03:36 PM
Estimate ID: 6875
Estimate Version: 0
Preliminary
Profile ID: Laguna Auto Body

I, the Registered Owner, authorize Laguna Auto Body, Inc. to perform the above repairs and furnish necessary materials. I understand any cost quoted is an estimate only. Your employees may operate vehicle for inspection, testing, delivery at my risk. You will not be responsible for loss or damage to vehicle or articles left in it. I agree to pay storage fees on vehicle left after 48 hours after notification that repairs are completed. I agree that you have an express LIEN on the above described vehicle for the charges for parts and labor furnished under this repair order including those from any prior repair order on this vehicle. If I fail to pay such charges, I agree that the vehicle may be sold as provided by law. In the event an attorney is retained to foreclose this lien or to bring suit for collection of any sums due, I agree to pay costs of collection and reasonable attorney fees.

TERMS: STRICTLY CASH (upon pick up) unless arrangements made
       No personal checks accepted.

SIGNATURE: _____
DATE: _____


STORAGE FEES PER DAY IS $35.00 IF REPAIRS TO THE CAR IS NOT AUTHORIZED.
THANK YOU FOR YOUR BUSINESS.

ESTIMATE RECALL NUMBER: 06/08/2004 15:36:01 6875
Mitchell Data Version:     JUN_04_A
UltraMate Version:         5.0.023

UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 2003 Mitchell International
All Rights Reserved

Page 3 of 3

EXHIBIT "H" PAGE 3 OF 3

Case: 04-05138   Doc# 46-8   Filed: 03/01/05   Entered: 03/01/05 16:10:40   Page 4 of 4