```
 1  DAVID A. BOONE - State Bar No. 74165
    SUSAN D. SILVEIRA - State Bar No. 169630
 2  THE LAW OFFICES OF DAVID A. BOONE
    1611 The Alameda
 3  San Jose, California 95126
    Telephone (408) 291-6000
 4  Facsimile (408) 291-6016

 5  ATTORNEYS FOR DEBTORS
    Danilo C. Baculi & Zenaida Baculi
 6

 7

 8              UNITED STATES BANKRUPTCY COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10  IN RE:                          )   CASE NO. 03-57427 ASW
                                    )
11  DANILO C. BACULI                )
                                    )   CHAPTER 13
12  ZENAIDA BACULI                  )
                                    )
13        Debtors.                  )   ADV. No. 04-5138
                                    )
14  DANILO C. BACULI                )
                                    )
15  ZENAIDA BACULI                  )   JURY DEMANDED
                                    )
16        Plaintiffs,               )
                                    )
17  v.                              )
                                    )
18  CALIFORNIA AUTO WORKS, and      )
    and SPECIALTY TOWING, aka       )
19  SPECIALTY AUTO WORKS & TOWING   )
    INC.,and RITTER LIEN SALES SOUTH,)
20  INC, and LUIS GOMEZ, aka LUIS CRUZ)
    and LEE ROSAS aka LEANDRO ROSAS )
21  and CALIFORNIA AUTO BODY fdba   )
    ROSAS AUTO BODY & TOWING and    )
22  STRIKER AUTO BODY& PAINT        )
    Does Number One through Ten     )
23                                  )
          Defendants.                )
24  _____)
```

### SECOND AMENDED
### COMPLAINT SEEKING TO ENJOIN SALE, FOR VIOLATION OF THE AUTOMATIC STAY, FOR TURNOVER OF PROPERTY OF THE ESTATE AND FOR DECLARATORY RELIEF, SANCTIONS, ATTORNEY'S FEES AND OTHER CAUSES OF ACTION

### EXHIBIT I

# LAW OFFICES OF DAVID A. BOONE

1611 The Alameda
San Jose, California 95126

(408) 291-6000

---

June 14, 2004

Danilo & Zenaida Baculi
1511 Dennis Ave
Milpitas CA 95035

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Adversary Proceedings** | | | | |
| 4/15/2004 | SDS | Returned client's call regarding information needed to assess basis for adversary proceeding. | 0.30<br>285.00/hr | 85.50 |
| 4/16/2004 | SDS | Prepare adversary complaint regarding pending lien sale of vehicle. (1.8) Prepare Temporary Restraining Order Application and proposed Order regarding pending lien sale of vehicle and Declaration of client regarding same. (1.2) Telephone call to court clerk regarding signing of Temporary Restraining Order. (.1) Return call from court clerk setting hearing at 4 pm. (.1) Telephone call to Calironia Auto Works regarding return of client's vehicle. (.1) Prepare and send Facsimile Transmission of Temporary Restraining Order application and adversary complaint to Ritter Lien Sales and Specialty Towing. (.2) Several telephone calls to Ritter Lien Sales regarding Temporary Restraining Order hearing. (.3) Telephone call to Specialty Towing regarding Temporary Restraining Order and pending lien sale. (.2) Conference in Office with client to review and sign Declaration and discuss next steps. (.6) | 4.60<br>285.00/hr | 1,311.00 |
| | DAB | Telephone conference with receptionist for Ritter Lien Sales. (.1) Telephone conference with Lee Rosas, owner of Specialty Towing regarding Temporary Restraining Order and pending lien sale of car. (.1) Appear for telephonic hearing on Temporary Restraining Order application. (.3) | 0.50<br>285.00/hr | 142.50 |
| 4/20/2004 | SDS | Telephone call from client regarding attempt to get car back from Specialty Towing. (.1) Telephone call to Specialty Towing to confirm they refused to give car back. (.1) Prepare letter by fax to Specialty Towing to demand return of vehicle per court's order. (.1) | 0.30<br>285.00/hr | 85.50 |
| 4/28/2004 | SDS | Telephone call to Specialty Towing. (.1) Telephone call to client. (.1) Telephone call to Specialty Towing. (.1) Research of Law regarding violation of stay and sanctions. (2.0) | 2.30<br>285.00/hr | 655.50 |
| 4/29/2004 | SDS | Prepare Motion for Turnover and for Sanctions for Willful Violation of the Automatic Stay. (1.6) Telephone call to client regarding information for his Declaration. (.1) Prepare client's Declaration in support of Motion. (.3) Telephone call from client to make changes in Declaration.(.2) Revise Declaration and forward to Client for signature. (.2) Prepare Attorney Declaration in support thereof. (.3) Prepare ex parte motion to | 4.60<br>285.00/hr | 1,311.00 |

EXHIBIT "I" PAGE 1 OF 3

Danilo & Zenaida Baculi                                                                                                  Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | hold heariing on shortened notice time and Declaration in support thereof. (.8) Prepare Order to hold hearing on shortened notice time. (.2) Review and correct pleadings. (.8) Telephone call to Judge's clerk regarding filing of motion. (.1) |  |  |
| 4/30/2004 | SDS | Telephone call to judge's clerk regarding status of order shortening time. (.1) Receive and review Order Shortening Notice Time. for Motion for Turnover and Sanctions.(.1) Arrange for service of pleadings per court order. (.1) Telephone call to Californbia Auto Works. (.1) Returned call from Attorney Ross Stucker. (.1) | 0.50<br>285.00/hr | 142.50 |
| 5/3/2004 | SDS | Telephone call from Attorney for Ritter Lien Sales South, Inc. regarding their alleged non-involvement in litigation. (.3) Telephone call from Alex at California Auto Works to discuss his non-involvement in litigation. (.2) | 0.50<br>285.00/hr | 142.50 |
| 5/4/2004 | SDS | Telephone call to Client regarding appearance at hearing. (.1) Prepare for hearing. (.3) Attend hearing on Temporary Restraining Order and Motion for Turnover of Property. (1.3) conference with Clients about next steps. (.1) Prepare Order for Turnover of Property of Estate. (.4) | 2.20<br>285.00/hr | 627.00 |
| 5/5/2004 | SDS | Telephone call from Attorney for California Auto Works regarding adversary complaint and Temporary Restraining Order proceedings. (.3) Revise and correct Order for Turnover. (.1) | 0.40<br>285.00/hr | 114.00 |
| 5/6/2004 | SDS | Receive and review two Facsimile Transmissions from Attorney for California Auto Works. | 0.10<br>285.00/hr | 28.50 |
| 5/10/2004 | SDS | Receive and review Order for Trunover of Property of Estate. (.1) Prepare letter by fax to Specialty Towing regarding same. (.1) Telephone call to Client regarding same. (.1) Receive and review letter by Facsimile Transmission from Specialty regarding pickup of van. (.1) Telephone call to Client to arrange time to pickup van. (.1) Telephone call to Specialty regarding same. (.1) | 0.60<br>285.00/hr | 171.00 |
| 5/11/2004 | SDS | Telephone call from Client regarding condition of vehicle. (.1) | 0.10<br>285.00/hr | 28.50 |
| 6/7/2004 | SDS | Review information received from Attorney for California Auto Works and other information in file. (.5) Prepare amended complaint, adding defendants and more facts regarding disrepair of vehicle upon retrieval by debtor. (1.5) Review file for information on additional adversary complaint. (.3) Draft adversary complaint regarding proceeds from sale of home. (3.0) | 5.30<br>285.00/hr | 1,510.50 |
| 6/8/2004 | SDS | Conference in Office with Clients regarding information for amended adversary complaint regarding Mazda van. | 0.80<br>285.00/hr | 228.00 |

EXHIBIT " I " PAGE 2 OF 3

Case: 04-05138   Doc# 46-9   Filed: 03/01/05   Entered: 03/01/05 16:10:40   Page 3 of 4

Danilo & Zenaida Baculi | Page 3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/11/2004 | SDS | Receive and review additional documentation provided by clients. (.1) Work on draft of amended complaint. (1.2) Research of Law regarding same. (.7) | 2.00 285.00/hr | 570.00 |
| 6/14/2004 | SDS | Conmplete draft of amended adversary complaint. (3.5) Review and correct amended complaint. (1.3) Prepare final version of amended complaint with exhibits. (.6) | 5.40 285.00/hr | 1,539.00 |
| | | SUBTOTAL: | [ 30.50 | 8,692.50] |
| | | **For professional services rendered** | 30.50 | $8,692.50 |
| | | Balance due | | $8,692.50 |

EXHIBIT I PAGE 3 OF 3

Case: 04-05138    Doc# 46-9    Filed: 03/01/05    Entered: 03/01/05 16:10:40    Page 4 of 4